

# HOLTZMAN McCLAIN & LONDAR, PC

Stephen D. Holtzman
Admitted in NJ and PA

Jeffrey S. McClain
Admitted in NJ

Lilia Londar
Admitted in NJ and PA

www.hmlnjlaw.com

sholtzman@hmlnjlaw.com
jmcclain@hmlnjlaw.com
llondar@hmlnjlaw.com

524 Maple Avenue
Suite 200
Linwood, NJ 08221

Tel: (609) 601-0900
Fax: (609) 601-0990

February 22, 2021

Hon. Joseph H. Rodriguez, U.S.D.J.
United States District Court – District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

    RE: **E/O Watson, et al. v. Cumberland County, et al.**
       Docket No. 1:16-cv-06578
       H&M File No. H8528
       Motion for Relief from Judgment [Docket Entry 155]
       CFGHS Opposition to Motion for Relief from Judgment [156]
       Withdrawal of Motion as to CFGHS only [160]

Dear Judge Rodriguez:

  This firm represents Defendant CFG Health Systems, LLC (hereinafter "CFGHS") in this matter. Plaintiffs filed a Motion for Relief from Judgment [Docket Entry 155] in this matter on or about February 1, 2021. Defendant CFGHS filed Opposition to Motion for Relief from Judgment on or about February 10, 2021 [156]. On or about February 18, 2021, Plaintiffs withdrew their motion as to Defendant CFGHS only [160].

  Based upon Plaintiffs' letter to the Court of February 18, 2021 withdrawing the motion for relief from judgment as against CFGHS only, Defendant CFGHS' withdraws its opposition to the motion.

  Thank you for your attention to this matter.

         Respectfully submitted,

        */s/ Jeffrey S. McClain* (JSM 0966)

         Jeffrey S. McClain, Esquire

cc: all counsel (via ECF)