| | | |
|---|---|---|
| CONRAD J. BENEDETTO *** | **Benedetto**<br>LEGAL ASSOCIATES | CHERRY HILL OFFICE:<br>112 HADDONTOWNE COURT<br>SUITE 203<br>CHERRY HILL, NJ 08034 |
| + MANAGING ATTORNEY<br>* MEMBER OF PA BAR<br>*** MEMBER OF NJ & PA BAR<br>*^ MEMBER OF PA & FL BAR | | |
| | 1615 South Broad Street<br>Philadelphia, PA 19148<br>Telephone: (215) 389-1900<br>Facsimile: (215) 271-8910 | BRUNI DIAZ, PARALEGAL<br>BDIAZ@CJBENEDETTOLAW.COM |

WWW.BENEDETTOLEGALASSOCIATES.COM

April 19, 2021

*VIA ECOURTS AND EMAIL*
njdnef_donio@njd.uscourts.gov

United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
Attn: Honorable Ann Marie Donio

  RE: **Estate of Robert Lewis**  Case No.: 1:15-cv-03503
    **Estate of Jon Watson**   Case No.: 1:16-cv-06875

Dear Judge Donio:

  In anticipation of tomorrow's settlement conference in the matters of *Estate of Robert Wayne Lewis, et al. v. Cumberland County, et al* and *Estate of John Leon Watson, et al. v. Cumberland County, et al.* Plaintiff's bring the Court's attention to the news articles attached hereto for convenience.

  Plaintiffs believe that the media coverage of the suicides and other problems occurring at the Cumberland County Jail, (CCJ) during the relevant period of time when the subject suicides took place demonstrates that the CCJ, its Wardens, administrators and personnel were engaged in deliberate indifference towards the health and safety of the inmates.

  Clearly the records in the cases for discussion show that there were no significant steps taken by the CCJ to improve its procedures of intake and screening of inmates, delivery of health and mental health care, staffing, and training and supervision of corrections officers for suicide prevention, among other deficiencies.

Thank you for your considerations and attention in these matters.

Respectfully,

*Conrad J. Benedetto*

CONRAD J. BENEDETTO, ESQUIRE

CJB/bd
Cc: *VIA ECOURTS*
*All Counsel of Record*

Thank you for your considerations and attention in these matters.

Respectfully,

*Conrad J. Benedetto*

CONRAD J. BENEDETTO, ESQUIRE

CJB/bd
Cc: *VIA ECOURTS*
*All Counsel of Record*