# EXHIBIT "A"

ESTATE OF JON LEON WATSON, et al. v. CUMBERLAND COUNTY, et al.

## DISTTRIBUTION

| | | | |
|---|---|---|---|
| Gross Settlement | | | $200,000.00 |
| Costs | | | $ 74,821.77 |
| | | Subtotal | $125,178.23 |
| Atttorney's Fee | | | |
| John Kusturiss, Esquire | $13,908.69 | | |
| Benedetto Legal Associates | $27,817.38 | | |
| | | Total | $ 41,726.07 |
| | | Net to Client | $ 83,452.16 |
| New Jersey A.O.C. | | | |
| Lien Cumberland County CWA | | | $   2,711.59 |
| | | Net to Client | $ 80,740.57 |

**Net Proceeds distributed as follows:**

| | | | |
|---|---|---|---|
| Jon Watson, Jr. | $26,913.53 | | |
| (Son DOB: 1/15/1992) | | | |
| Gage Lloyd | $26,913.52 | | |
| (Son DOB: 11/4/2005) | | | |
| Aubreona Lloyd | $26,913.52 | | |
| (Daughter DOB: 6/02/2009) | | | |
| | | TOTAL | $80,740.57 |

WE HEREBY ACKNOWLEDGE THAT THE FOREGONG ARE PROPER EXPENDITURES AND CHARGES AND ARE SATISFACTORY AMOUNT. WE FURTHER ACKNOWLEDGE THAT WE ARE COMPLETELY SATISFIED WITH THE MANNER IN WHICH OUR ATTORNEY HANDLED THE WITHIN ACTION AND WITH THE TERMS OF OUR RETAINER AGREEMENT. WE FUTHER AGREE TH TIN THE EVENT THERE ARE OUTSTANDING BILLS, WHETHER CURRENT OR FUTURE, WHICH ARE NOT ACCOUNTED FOR ON THIS CLOSING STATEMENT, WE WILL ASSUME FULL RESPONSIBILITY FOR SUCH BILLS. WE HEREBY AGREE TO HONOR ANY OUTSTANDNG MEDICAL INSURANCE LIENS THAT ARE OWING NOW OR IN THE FUTURE. WE HEREBY HOLD LAW OFFICES OF CONRAD J.BENEDETTO AND BENEDETTO LEGAL ASSOCIATES AND THEIR ENPLOYEES OR AFFLIATES HARNLESS AND FULLY INDENNIFY SAME (INCLUDNG BUT NOT LIMITED TO ATTORNEYS' FEES, WHETHER SUIT BE BROUGHT OR NOT, AND AT TRIAL AND ALL APPELLATE LEVELS, AND COURT COSTS AND OTHER LITIGATION EXPENSES) WITH RESPECT TO AND FOR ALL DAMAGES IN REGARD TO ANY CURRENT AND/OR FUTURE UNPAID MEDICAL BLLS OR LIENS. WE ARE SATISFIED THAT OUR ATTORNEYS HAVE MADE ALL REASONABLE EFFORTS TO ASCERTAIN INFORMATION REGARDING SAME.

THE SETTLEMENT OF THIS CLAIM HAS BEEN FULLY EXPLAINED TO US BY OUR ATTORNEY, CONRAD J. BENEDETTO AND WE HEREBY ACCEPT THIS SETTLEMENT AND AGREE TO THE DISTRIBUTION OF THE SETTLEMENT PROCEEDS. WE AUTHORIZE THE LAW OFFICES OF CONRAD J. BENEDETTO TO DESTROY OUR FILE.

_____
Date

Helen Lloyd, Administrator Ad Prosequendum Estate of Jon Leon Watson, and Parent and Natural Guardian of Aubreona Lloyd and Gage Lloyd

_____2/18/22_____
Date

_/s/ Jon W Jr_____
Jon Watson, Jr., Administrator
Estate of Jon Leon Watson

## ESTATE OF JON LEON WATSON, et al. v. CUMBERLAND COUNTY, et al.

### DISTTRIBUTION

| | | | |
|---|---|---|---|
| Gross Settlement | | | $200,000.00 |
| Costs | | | $ 74,821.77 |
| | | Subtotal | $125,178.23 |
| Atttorney's Fee | | | |
| John Kusturiss, Esquire | $13,908.69 | | |
| Benedetto Legal Associates | $27,817.38 | | |
| | | Total | $ 41,726.07 |
| | | Net to Client | $ 83,452.16 |
| New Jersey A.O.C. | | | |
| Lien Cumberland County CWA | | | $   2,711.59 |
| | | Net to Client | $ 80,740.57 |

**Net Proceeds distributed as follows:**

| | | | |
|---|---|---|---|
| Jon Watson, Jr. | $26,913.53 | | |
| (Son DOB: 1/15/1992) | | | |
| Gage Lloyd | $26,913.52 | | |
| (Son DOB: 11/4/2005) | | | |
| Aubreona Lloyd | $26,913.52 | | |
| (Daughter DOB: 6/02/2009) | | | |
| | | TOTAL | $80,740.57 |

WE HEREBY ACKNOWLEDGE THAT THE FOREGONG ARE PROPER EXPENDITURES AND CHARGES AND ARE SATISFACTORY AMOUNT. WE FURTHER ACKNOWLEDGE THAT WE ARE COMPLETELY SATISFIED WITH THE MANNER IN WHICH OUR ATTORNEY HANDLED THE WITHIN ACTION AND WITH THE TERMS OF OUR RETAINER AGREEMENT. WE FUTHER AGREE TH TIN THE EVENT THERE ARE OUTSTANDING BILLS, WHETHER CURRENT OR FUTURE, WHICH ARE NOT ACCOUNTED FOR ON THIS CLOSING STATEMENT, WE WILL ASSUME FULL RESPONSIBILITY FOR SUCH BILLS. WE HEREBY AGREE TO HONOR ANY OUTSTANDNG MEDICAL INSURANCE LIENS THAT ARE OWING NOW OR IN THE FUTURE. WE HEREBY HOLD LAW OFFICES OF CONRAD J.BENEDETTO AND BENEDETTO LEGAL ASSOCIATES AND THEIR ENPLOYEES OR AFFLIATES HARNLESS AND FULLY INDENNIFY SAME (INCLUDNG BUT NOT LIMITED TO ATTORNEYS' FEES, WHETHER SUIT BE BROUGHT OR NOT, AND AT TRIAL AND ALL APPELLATE LEVELS, AND COURT COSTS AND OTHER LITIGATION EXPENSES) WITH RESPECT TO AND FOR ALL DAMAGES IN REGARD TO ANY CURRENT AND/OR FUTURE UNPAID MEDICAL BLLS OR LIENS. WE ARE SATISFIED THAT OUR ATTORNEYS HAVE MADE ALL REASONABLE EFFORTS TO ASCERTAIN INFORMATION REGARDING SAME.

THE SETTLEMENT OF THIS CLAIM HAS BEEN FULLY EXPLAINED TO US BY OUR ATTORNEY, CONRAD J. BENEDETTO AND WE HEREBY ACCEPT THIS SETTLEMENT AND AGREE TO THE DISTRIBUTION OF THE SETTLEMENT PROCEEDS. WE AUTHORIZE THE LAW OFFICES OF CONRAD J. BENEDETTO TO DESTROY OUR FILE.

02/24/2022

_____          *Helen Lloyd*
Date                                    _____
                                        Helen Lloyd, Administrator Ad Prosequendum
                                        Estate of Jon Leon Watson, and Parent and
                                        Natural Guardian of Aubreona Lloyd and Gage
                                        Lloyd


_____          _____
Date                                    Jon Watson, Jr., Administrator
                                        Estate of Jon Leon Watson