# EXHIBIT "B"

CHERYL GOLDEN, *Director*

# CUMBERLAND COUNTY
# DIVISION OF SOCIAL SERVICES

275 NORTH DELSEA DRIVE, VINELAND, NJ 08360
Phone: (856) 691-4600   Fax: (856) 692-7635

February 16, 2022

Via Certified Mail:  7015 0640 0005 8004 7542

Conrad J. Benedetto, Esquire
Benedetto Legal Associates
1615 South Broad Street
Philadelphia, PA 19148

RE:   Jon L. Watson
      CS50027806C / CS50027806C / FD-06-000792-06
      Judgment #J-155940-92

Dear Mr. Benedetto:

This letter is to inform you that our office is unable to complete a Warrant of Satisfaction for the above-mentioned matter. Our research reveals that Cumberland County CWA is still owed $2,711.59.

In order to satisfy this, a check can be made out to Cumberland County Division of Social Services. Please include the judgment number in the memo section of the check and mail it to my attention, Stephanie Ramos, at Cumberland County Division of Social Services.

If you should have any questions, please contact me at 856-691-4600, ext. 404.

Thanking you in advance, I remain...

Very truly yours,
CUMBERLAND COUNTY DIVISION OF SOCIAL SERVICES
Cheryl Golden, Director

Bonnie Dupre'
IVD Supervisor/CCDSS

Stephanie Ramos
Human Services Specialist III – CSP unit

BD/SR/gda

*Cumberland County Division of Social Services is an Equal Opportunity Employer*

CONRAD J. BENEDETTO ***

+   MANAGING ATTORNEY
\*   MEMBER OF PA BAR
\***  MEMBER OF NJ & PA BAR
\*^  MEMBER OF PA & FL BAR

# Benedetto
## LEGAL ASSOCIATES

CHERRY HILL OFFICE:

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

1615 South Broad Street
Philadelphia. PA 19148
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

BRUNI DIAZ, PARALEGAL
BDIAZ@CJBENEDETTOLAW.COM

WWW.BENEDETTOLEGALASSOCIATES.COM

March 14, 2022

| Stephen Holtzman, Esquire<br>Holtzman, McCain & Londar, P.C.<br>524 Maple Avenue, Suite 200<br>Linwood, New Jersey 08221 | A. Michael Barker, Esquire<br>Barker Gelfand James & Sarvas<br>Linwood Greene – Suite 12<br>210 New Road<br>Linwood, New Jersey 08221 |
|---|---|

RE:    Estate of Jon Leon Watson, et al. v. Cumberland County, et al.
         U.S. District Court, District of New Jersey, Camden Vicinage
         No.: 1:16-cv-06578

Dear Messrs. Holtzman and Barker:

In reference to the above captioned matter, I filed with JEDS the Civil Action Warrant to Satisfy Judgement, Child Support on behalf of Helen Watson.

I was informed that the payment due to New Jersey A.O.C. lien to Cumberland County CWA in the amount of $2,711.59 must be issued by you.

Please discuss this matter and advise if the payment is going to be issued from one of you or if the payment will be split and both of you will issue the payment directly.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

CONRAD J. BENEDETTO, ESQUIRE

CJB/bd

|  |  |
|---|---|
| HELEN RAY LLOYD<br>Plaintiff (Obligee)<br>v.<br>JON LEON WATSON<br>Defendant (Obligor) | Superior Court of New Jersey<br>Chancery Division - Family Part<br>Cumberland ▼ County<br>Docket No. F _____<br>Probation No. CS _____<br>Judgment No. J 028716-2006 |

**Civil Action**
**Warrant to Satisfy Judgment**
**Child Support**

**WHEREAS**, a child support judgment was entered in the above-entitled action on September 12, 2016, in favor of Helen Ray Lloyd and against Jon Leon Watson, in the amount of $_____ plus interest and costs and said judgment with interest and costs thereon having been fully paid, under judgment number J 028716-2006.

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Superior Court is hereby authorized and directed to make entry on the docket of the full and complete satisfaction of said judgment.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: February 22nd 2022

Signature - Judgment Creditor or Attorney for Judgment Creditor

HELEN LLOYD
Print or Type Name

## Certification

Be it remembered that on this 22nd day of February, 2022, Helen Lloyd personally appeared before me, a Notary Public or Attorney at Law, of the State of TENNESSEE, who I am satisfied is the person named herein and who executed the foregoing instrument and acknowledge that it was signed, sealed and delivered as that person's act and deed for the use and purpose therein expressed.

If a Notary Public:
My Commission Expires: 3.4.2023

Signature - Notary Public or Attorney at Law

Kim Holder
Print or Type Name

## Probation Acknowledgment – Official Use Only

I, _____, the _____ Vicinage Chief Probation Officer or Authorized Probation Manager, have reviewed the child support case records and acknowledge that:

☐ The above referenced case is open and the support order in this case is a continuing obligation. This Warrant satisfies Judgment #J 028716-2006, as of _____. It does not satisfy any subsequent child support judgments that may be recorded under the same docket number after that date.

☐ The above referenced case is closed and _____ Probation is no longer monitoring or enforcing this case.

Date: _____

Chief Probation Officer/Authorized Probation Manager

Print or Type Name

Published: 11/2017, CN: 12208 (Attachment 1607E)

**Bruni Diaz**

| | |
|---|---|
| **From:** | JEDSDoNotReply.Mailbox@njcourts.gov |
| **Sent:** | Thursday, February 24, 2022 3:32 PM |
| **To:** | benedettolegalassociates@gmail.com; Bruni Diaz; feinsteinlawoffice@gmail.com |
| **Subject:** | NJ Courts eFiling Confirmation - EF-1214400 |

## New Jersey Courts

Your filing has been successfully submitted. Below are the details for your reference:

| | |
|---|---|
| Transaction ID: | EF-1214400 |
| Filing submitted by: | Conrad J Benedetto, Conrad J. Benedetto |
| Filed date: | 02/24/2022 03:31:51 PM |
| Court/Division: | Civil |
| Docket type: | Judgment Processing |
| Filing type: | Other |
| Case number: | Not available |
| Filing fee: | $50.00 |
| Payment*: | $51.50 - Credit card #161693890 |

Documents filed:

| Document type | Document description | File name |
|---|---|---|
| Other | Other | Warrant to Satisfy Judgment Watson.pdf |

*Credit card transactions have a 3% service fee applied to the filing fee.*

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email. **Please do not reply to this message.**

1

**Case details**

| Court | Venue | Docket type | Case number |
|---|---|---|---|
| Civil | Cumberland | Judgment Processing | |

**Filing details**

| Transaction ID | Filing date | Filing submitted by | Filing type |
|---|---|---|---|
| EF-1214400 | 02/24/2022 | Conrad J Benedetto | Other |

| Documents received | Filing fee | Additional fee(s) | |
|---|---|---|---|
| Warrant to Satisfy Judgment Watson.pdf | $50.00 | $0.00 | |

# Payment confirmation.

| Payment type | Transaction fee | Amount paid | Payment transaction ID |
|---|---|---|---|
| Credit card | $1.50 | $51.50 | 161693890 |

Credit card transactions have a non-refundable 3% fee. Your credit card statement will display the description "New Jersey eCourts" for transactions.